UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * * *

Christopher J. Bolt,

Petitioner,

vs. ORDER

Constance Reese, Warden,
and the United States of
America,

Respondents. Civ. No. 01-2091 (MJD/RLE)

* * * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 3rd day of December, 2001.

* * *

The Court has determined that the Petitioner in the above-entitled case is in need of counsel, as he contends that he is mentally incompetent, and that he is financially unable to employ counsel. Given the circumstances, we direct the Federal Public Defender's Office to appoint a member of the Federal Public Defender's Panel to represent the Petitioner in this matter.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE

4

FILED DEC 03 2001
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK