UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * * *

Christopher J. Bolt,

Petitioner,

vs. ORDER

Constance Reese, Warden, and the United States of America,

Respondents. Civ. No. 01-2091 (MJD/RLE)

* * * * * * * * * * * * * * * * * *

At Duluth, in the District of Minnesota, this 18th day of January, 2002.

* * *

The above-entitled matter is before the undersigned United States Magistrate Judge, pursuant to a general assignment made in accordance with the provisions of Title 28 U.S.C. §636(b)(1)(A), upon the Respondent's Response to a Petition for a Writ of Habeas Corpus, filed on December 26, 2001, requesting that the Petition be denied and the case dismissed without an evidentiary Hearing.

In order to facilitate disposition of the Petition and the request for dismissal, it is --

ORDERED:

That the Petitioner shall have until **February 11, 2002,** in which to respond, should he so choose, to the Respondent's

FILED JAN 18 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

(8)

submission to the Court requesting that the Petition for a Writ of Habeas Corpus be denied and the case dismissed.

BY THE COURT:

Raymond L. Erickson
UNITED STATES MAGISTRATE JUDGE