UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
Civil No. 01-2091 MJD/RLE

| | | |
|---|---|---|
| CHRISTOPHER J. BOLT,<br><br>Plaintiff,<br><br>v.<br><br>CONSTANCE REESE, ET AL.<br><br>Defendant. | ) | ORDER |

IT IS HEREBY ORDERED

that the Defendant be given until on or before February 22, 2002, to file a response to the Plaintiff's Response To Motion To Dismiss Petition Without Evidentiary Hearing.

IT IS SO ORDERED.

Dated: 2/19/02

Raymond L Erickson

RAYMOND L. ERICKSON
United States Magistrate Judge

FILED FEB 19 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

12