UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Christopher J. Bolt,

Petitioner,

v.

ORDER
Civ. No. 01-2091(MJD/RLE)

Constance Reese, Warden,

Respondent.

The above-entitled matter comes before the Court upon Defendant's objections to the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson dated June 28, 2002.

Pursuant to statute, the Court has conducted a de novo review of the record. 28 U.S.C. § 636(b)(1); Local Rule 72.1(c). Based on that review the Court ADOPTS the Report and Recommendation dated June 28, 2002.

IT IS HEREBY ORDERED that the Petitioner for Writ of Habeas Corpus is DENIED WITHOUT PREJUDICE.

Date: 7-31-02

Michael J. Davis
United States District Court

JUL 31 2002
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

DEPUTY CLERK
JUDGMENT ENTD
RICHARD D. SLETTEN, CLERK
FILED