# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

Christopher J. Bolt,

v.

Constance Reese, Warden,

Case No. Civil 01-2091 MJD/RLE

**JUDGMENT IN A CIVIL CASE**

---

( ) **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

(X) **Decision by Court.** This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED** THAT:

The petition for writ of habeas corpus is denied without prejudice.

DATE: July 31, 2002

RICHARD E. SLETTEN, CLERK

Julie Rustad, Deputy Clerk

29