# UNI STATES COURT OF APPI LS

## FOR THE EIGHTH CIRCUIT

No. 02-3546MN

| | | |
|---|---|---|
| Christopher J. Bolt | * | CV01-2091 MJD/RLE |
| Appellant, | * | |
| | * | |
| vs. | * | Appeal from the United States District Court for the District of Minnesota |
| | * | |
| Constance Reese | * | |
| | * | |
| Appellee. | * | |

## JUDGMENT

Appellant has not responded to the court's show cause order entered December 16, 2002. It is hereby ordered that this appeal is dismissed for failure to prosecute. See Eighth Circuit Rule 3C. Mandate shall issue forthwith.

January 9, 2003

Order Entered under Rule 27B(a)

Michael E. Gans

Clerk, U.S. Court of Appeals, Eighth Circuit

A TRUE COPY OF THE ORIGINAL
MICHAEL E. GANS. CLERK
UNITED STATES COURT OF APPEALS
FOR THE EIGHTH CIRCUIT
BY: Michael E. Gans

32

JAN 13 2003

Vem